517 A.2d 539

**COMMONWEALTH of Pennsylvania**

v.

**SANDERSON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 53 M.D. Appeal Docket 1986.